1 PETER E. BRIXIE, S.B.#124186
Attorney at Law
2 410 Twelfth Street, Suite One
Sacramento, CA 95814
3 Telephone: (916) 658-1880
Facsimile: (916) 658-1884
4
Attorney for JENNIFER BARRAGAN
5

6

7
**UNITED STATES DISTRICT COURT**
8
**EASTERN DISTRICT OF CALIFORNIA**
9

10 JENNIFER BARRAGAN,　　　　　　　　　CASE NO.:　　2: 13-CV-00584-CKD

11 　　　　　　　　　　　　　　　　　　　　　**Stipulation and Order Extending Time to**
　　　　　　　　　　　　　　　Plaintiff,　　**File and Serve Motion**
12
vs.
13
Commissioner of Social Security,
14
　　　　　　　　　　　　　　　Defendant.
15

16

17　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective

18 undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's

19 time to file a motion for summary judgment in the above-referenced case is hereby extended to the

20 new filing date of October 21, 2013. The extension is needed due to press of business in plaintiff's

21 attorney's office.

22 /////

23 /////

24 /////

25 /////

26 /////

27 /////

28

This is the 1ˢᵗ request for extension by plaintiff.

Dated: 9/16/13              /s/  Peter Brixie
                            PETER E. BRIXIE
                            Attorney at Law
                            Attorney for Plaintiff


Dated: 9/16/13        By:   /s/ Patrick Snydery
                            PATRICK W. SNYDER
                            Special Assistant U. S. Attorney
                            Attorney for Defendant

                    __ooo__

APPROVED AND SO ORDERED

Dated: September 17, 2013

                            _____
                            CAROLYN K. DELANEY
                            UNITED STATES MAGISTRATE JUDGE