1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4
   Attorney for JENNIFER BARRAGAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JENNIFER BARRAGAN, | CASE NO.: 2: 13-CV-00584-CKD |
|---|---|
| Plaintiff, | **Stipulation and Order Extending Time to File and Serve Motion** |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of October 21, 2013. The extension is needed due to press of business in plaintiff's attorney's office.

/////

/////

/////

/////

/////

/////

1  This is the 1ˢᵗ request for extension by plaintiff.

2

Dated: 9/16/13                                      /s/   Peter Brixie
3                                                                   PETER E. BRIXIE
                                                                    Attorney at Law
4                                                                   Attorney for Plaintiff

5

Dated: 9/16/13                            By:       /s/ Patrick Snydery
6                                                                   PATRICK W. SNYDER
                                                                    Special Assistant U. S. Attorney
7                                                                   Attorney for Defendant

8
                                    __ooo__
9
APPROVED AND SO ORDERED
10
 Dated: September 17, 2013
11

12                                                  _____
                                                    CAROLYN K. DELANEY
13                                                  UNITED STATES MAGISTRATE JUDGE