PETER E. BRIXIE, Bar #124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880 Fax: (916) 658-1884
peterbrixie@gmail.com

Attorney for JENNIFER BARRAGAN

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BARRAGAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant | Case No.: 2: 13-CV-00584-CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of November 21, 2013. The extension is needed due to press of business in plaintiff's attorney's office and in light of the government shutdown.

This is the 2nd request for extension by plaintiff.

Dated: 10/14/13          /s/ Peter Brixie
                         PETER E. BRIXIE
                         Attorney at Law
                         Attorney for Plaintiff


Dated: 10/14/13    By:   /s/ Patrick Snyder authorized by David Lerch
                         PATRICK W. SNYDER
                         Special Assistant U. S. Attorney
                         Attorney for Defendant

__ooo__

APPROVED AND SO ORDERED. No further extensions will be granted to plaintiff.

Dated: October 16, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE