1 PETER E. BRIXIE, Bar #124186
Attorney at Law
2 410 Twelfth Street, Suite One
Sacramento, CA 95814
3 Telephone: (916) 658-1880 Fax: (916) 658-1884
peterbrixie@gmail.com
4
Attorney for JENNIFER BARRAGAN

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JENNIFER BARRAGAN, | Case No.: 2: 13-CV-00584-CKD |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of November 21, 2013. The extension is needed due to press of business in plaintiff's attorney's office and in light of the government shutdown.

1  This is the 2nd request for extension by plaintiff.

2

3  Dated:  10/14/13                                                /s/ Peter Brixie
                                                                                PETER E. BRIXIE
                                                                                Attorney at Law
4                                                                              Attorney for Plaintiff

5

6  Dated: 10/14/13                                 By:     /s/ Patrick Snyder authorized by David Lerch
                                                                                PATRICK W. SNYDER
                                                                                Special Assistant U. S. Attorney
7                                                                              Attorney for Defendant

8
                                                      __ooo__
9
             APPROVED AND SO ORDERED.  No further extensions will be granted to
10 plaintiff.

11 Dated:  October 16, 2013
                                                                _____
12                                                              CAROLYN K. DELANEY
                                                                UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25