BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BARRAGAN, | CIVIL NO. 2:13-cv-00584-CKD |
| Plaintiff, | **ORDER AND STIPULATION FOR COMMISSIONER'S FIRST EXTENSION TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

      IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant's time to file a Response to Plaintiff's Motion for Summary Judgment in the above-referenced case is hereby extended 30 days to the new filing date of January 22, 2014. Defendant's response is currently due December 23, 2013.  The extension is needed because the undersigned has been faced with a substantial increase of work in the second half of this year due to a heavy workload, increase in filings, and new managerial duties of the privacy workload.

1   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2                                    Respectfully submitted,

3   Dated:  December 19, 2013            BENJAMIN B. WAGNER
4                                        United States Attorney
                                         DONNA L. CALVERT
5                                        Acting Regional Chief Counsel, Region IX
6                                        Social Security Administration

7                             By:   /s/  *Patrick William Snyder*
                                         PATRICK WILLIAM SNYDER
8                                        Special Assistant U.S. Attorney
                                         Attorneys for Defendant
9

10
    Dated: December 20, 2013            */s/Peter E. Brixie*
11                                      _____
12                                      PETER E. BRIXIE
                                        (as authorized via telephone on December 20, 2013)
13                                      Attorney at Law
                                        Attorney for Plaintiff
14
                                             ORDER
15

16
    APPROVED AND SO ORDERED:
17

18  Dated:  December 24, 2013

19                                      _____
                                        CAROLYN K. DELANEY
20                                      UNITED STATES MAGISTRATE JUDGE