```
1    BENJAMIN B. WAGNER
     United States Attorney
2    DONNA CALVERT
     Acting Regional Chief Counsel, Region IX
3    Social Security Administration
     PATRICK WILLIAM SNYDER, CSBN 260690
4    Special Assistant United States Attorney
              160 Spear Street, Suite 800
5             San Francisco, California 94105
              Telephone:  (415) 977-8927
6             Facsimile:  (415) 744-0134
              E-Mail: Patrick.Snyder@ssa.gov
7
     Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BARRAGAN, | CIVIL NO. 2:13-cv-00584-CKD |
| Plaintiff, | **ORDER AND STIPULATION FOR COMMISSIONER'S SECOND EXTENSION TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |
| v. | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant's time to file a Response to Plaintiff's Motion for Summary Judgment in the above-referenced case is hereby extended 30 days to the new filing date of February 21, 2014. Defendant's response is currently due January 21, 2014.  The extension is needed because the undersigned has eight briefs due by the end of January, and eighteen briefs due through the end of February.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  January 21, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By:  /s/  *Patrick William Snyder*<br>PATRICK WILLIAM SNYDER<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |
| Dated: January 22, 2014 | */s/ Peter E. Brixie*<br>_____<br>PETER E. BRIXIE<br>(as authorized via email)<br>Attorney at Law<br>Attorney for Plaintiff |

ORDER

APPROVED AND SO ORDERED:

Dated:   January 24, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE