PETER E. BRIXIE, Bar #124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880 Fax: (916) 658-1884
peterbrixie@gmail.com

Attorney for JENNIFER BARRAGAN

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BARRAGAN,<br>          Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>          Defendant | Case No.: **2:13-cv-00584-CKD**<br><br>**STIPULATION AND ORDER FOR PAYMENT OF PLAINTIFF'S ATTORNEY FEES** |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that JENNIFER BARRAGAN be awarded attorney fees and expenses in the amount of  $5300.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to JENNIFER BARRAGAN, the government will consider the matter of assignment of EAJA fees to PETER BRIXIE.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to JENNIFER BARRAGAN, but if the Department of the Treasury determines that JENNIFER BARRAGAN does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to PETER BRIXIE pursuant to the assignment executed by JENNIFER BARRAGAN. Any payments made shall be delivered to PETER BRIXIE.

This stipulation constitutes a compromise settlement of JENNIFER BARRAGAN vs. COMMISSIONER OF SOCIAL SECURITY request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that JENNIFER BARRAGAN may have relating to EAJA attorney fees in connection with this action.  This award is without prejudice to the rights of PETER BRIXIE to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated:  7/17/14                    By:     /s/ Peter Brixie
                                           PETER E. BRIXIE
                                           Attorney at Law
                                           Attorney for Plaintiff


Dated: 7/17/14                              /s/Patrick W. Snyder
                                           PATRICK W. SNYDER
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant
                                           Commissioner of Social Security

__ooo__

APPROVED AND SO ORDERED

Dated:  July 21, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE